EMMA L. BROWN, Respondent, v. GEORGE HOLLIDAY and Another, Defendants; CENTRAL STEINWAY CORPORATION and Others, Appellants.— Motion for reargu-

ment denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Scudder, Tompkins, Davis and Johnston, JJ.; Lazansky, P. J., not voting.